**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) ) |
| Plaintiff, | ) Civil Action No. 01-D-1921 ) |
| v. | ) ) ) |
| **CHEVRON U.S.A. PRODUCTION COMPANY,** | ) ) |
| **Defendant.** | ) ) ) |

**ORDER TO TERMINATE CONSENT DECREE**

On October 18, 2001 the Court entered a Consent Decree a Consent Decree in this case. Before this Court is the United States Unopposed Motion to Terminate that decree. That motion is based on the fact that Environmental Protection Agency has concluded that ChevronTexaco Exploration and Production Co., successor to Chevron U.S.A. Production Company ("ChevronTexaco") has satisfied all obligations of the Consent Decree and the Decree should be terminated.  Based on the submissions to this Court I find that the Motion to Terminate should be granted.

Dated:  August 17, 2005

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            U. S. District Judge